IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEON WEBSTER, | No. C 87-4949 SI |
| Petitioner, | **ORDER DENYING CERTIFICATE OF APPEALABILITY** |
| v. | |
| E. MEYERS, SUPERINTENDENT, | |
| Respondent. | |

Petitioner has filed a notice of appeal of this Court's December 29, 2009 Order Denying Motion for Reconsideration. The Court DENIES a certificate of appealability because petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). (Docket Nos. 22 & 23).

**IT IS SO ORDERED.**

Dated: June 14, 2010

SUSAN ILLSTON
United States District Judge